Roland P. Reynolds, SBN: 150864
E-mail: rreynolds@gordonreynoldslegal.com
GORDON & REYNOLDS
One Wilshire Building
624 S. Grand Ave., Suite 2200
Los Angeles, California 90017
Tel.: (213) 629-7708
Attorneys for Defendant Flagstar Bank, FSB,

UNITED STATES DISTRIC COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. CLARK, | Case No. 2:21-cv-587 |
| Plaintiff, | **NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT FLAGSTAR BANK, FSB PURSUANT TO 28 U.S.C. SECTION 1441** |
| vs. | |
| RITA GAIL FARRIS-ELLISON, LENDERS ESCROW, INC., JUST THAT EZ FINANCIAL CORPORATION, a corporation; FLAGSTAR BANK, a corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a corporation; a California corporation, YI MING LEE, LLC a California Corporation, THOMAS GIBSS, AS INDIVIDUALS; TAMMY FARRIS-ELLISON as an Individual.; GENEVIEVE ADOLPHUS as an Individual; DOE BANK AND DOES 1 TO 100, INCLUSIVE | **[FEDERAL QUESTION]** |
| Defendants | |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that, pursuant to section 1441(a) of Title 28 of the United States Code, defendant Flagstar Bank, FSB ("Flagstar"), hereby removes the action entitled *J. CLARK vs. RITA GAIL FARRIS-ELLISON, LENDERS ESCROW, INC., JUST THAT EZ FINANCIAL CORPORATION, a corporation; FLAGSTAR BANK, a corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a corporation; a California corporation, YI MING LEE, LLC a California Corporation, THOMAS GIBBS, AS INDIVIDUALS; TAMMY FARRIS-ELLISON as an Individual.; GENEVIEVE ADOLPHUS as an Individual; DOE BANK AND DOES 1 TO 100, INCLUSIVE*, Superior Court of the State of California for the County of Los Angeles, case No. 20CMCV00325 (the "Action") to the United States District Court for the Central District of California on the following grounds:

1. On or about December 20, 2020, plaintiff James Lee Clark ("Plaintiff") filed the Action in the Superior Court of the State of California for the County of Los Angeles. Plaintiff has not served Flagstar with the Summons or Complaint. A true and correct copy of the documents identified in the state court docket in the Action is attached to the Declaration of Roland P. Reynolds as Exhibit "A." Based on the foregoing, Flagstar has timely filed this Notice of Removal. *See* 28 U.S.C. §1446.

2. The Action is a civil action of which this Court has original jurisdiction under The Truth in Lending Act (TILA), 15 U.S.C. §§ 1601, et seq. and particularly including 15 U.S.C. § 1635 and is one which may be removed to this Court by Flagstar pursuant to the provisions of 28 U.S.C. §1441 in that the federal question can be ascertained from the face of Plaintiff's Complaint.

3. Flagstar contemporaneously is filing a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Los

- 1 -
NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT FLAGSTAR BANK, FSB PURSUANT TO 28 U.S.C. SECTION 1441

Angeles, and it will be served on Plaintiff's counsel concurrently. Flagstar will serve Plaintiff with copies of this Notice of Removal and the notice filed in State Court. A true and correct copy of written notice sent to the Clerk of the Superior Court and Plaintiff is attached to the Declaration of Roland P. Reynolds as Exhibit "B."

DATED:  January 21, 2021          Gordon & Reynolds

By: /s/ Roland P. Reynolds
     ROLAND P. REYNOLDS
     Attorneys for Defendant Flagstar Bank, FSB

GORDON & REYNOLDS
624 S. Grand Ave., Suite 2200
Los Angeles, California 90017